# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**CAROL LIOGGHIO,**

    **Plaintiff,**

**v.**

**TOWNSHIP OF SALEM, et al.,**

    **Defendants.**

_____/

Case No. 15-cv-12803

HON. DENISE PAGE HOOD

# ORDER STAYING CASE
# AND
# ADMINISTRATIVELY CLOSING CASE

Defendants in this matter filed a Notice of Appeal from the Court's Order granting in part and denying in part Defendants' Motion for Summary Judgment. (Doc. No. 76) "A denial of summary judgment is generally not a final judgment." *Haynes v. City of Circleville, Ohio,* 474 F.3d 357, 361 (6th Cir. 2007)(quoting *Hoover v. Radabaugh,* 307 F.3d 460, 465 (6th Cir. 2002)). A denial of a motion for summary judgment on the ground of qualified immunity may be appealed as a collateral order where (1) the defendant is a public official asserting the defense of qualified immunity and (2) the issue appealed concerns not which facts the parties might be able to prove, but whether certain alleged facts reflect a violation of clearly established law. *Haynes,* 474 F.3d at 361. The Court will stay the matter until the resolution of the appeals.

*See Mithcell v. Forsyth,* 472 U.S. 511 (1985).

Accordingly,

IT IS ORDERED that this action is **STAYED and ADMINISTRATIVELY CLOSED.** The action may be reopened after a party provides the Court with notice that a mandate has been issued from the Sixth Circuit Court of Appeals.

S/Denise Page Hood  
Denise Page Hood  
Chief Judge, United States District Court

Dated: September 11, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 11, 2018, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry  
Case Manager
